

NUMBER 13-18-00362-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

COLUMBIA VALLEY HEALTHCARE
SYSTEM L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER,                          Appellant,

v.

ALEXIS ANDRADE, A MINOR
BY AND THROUGH HIS MOTHER,
ANA RAMIREZ, AS NEXT FRIEND
AND ANA RAMIREZ INDIVIDUALLY,                     Appellee.

On appeal from the 445th District Court
of Cameron County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Appellant, Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical

Center, perfected an appeal from a final judgment in favor of appellees, Alexis Andrade,

a minor, by and through his mother, Ana Ramirez, as next friend and Ana Ramirez individually, awarding $62,000 in past medical expenses, $9,060,000 in medical expenses before Andrade reached the age of 18, and $1,208,000 in medical expenses after Andrade reached the age of 18.

This cause is under submission before this Court following oral argument held on October 24, 2019. By letter dated November 15, 2019, appellant notified this Court that the Texas Supreme Court has granted review in *Regent Care Ctr. of San Antonio, L.P. v. Detrick*, 567 S.W.3d 752 (Tex. App.—San Antonio 2018, pet. granted). The *Regent Care* case, as relied upon by appellees, involves similar facts and circumstances as the cause before this Court, and directly discusses periodic payment plans, as is highly relevant to the appeal before this Court.

On its own motion, the Court, having reexamined and reconsidered the documents on file, finds that this appeal should be abated in the interest of judicial economy until such time as the Texas Supreme Court may decide on the issues presented in *Regent Care*. Accordingly, we hereby ABATE the appeal until further order of this Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
24th day of March 2020.